**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000756
24-FEB-2023
10:08 AM
Dkt. 15 OAWST

NO. CAAP-22-0000756

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DK, Petitioner-Appellee, v.
DL and Child Support Enforcement Agency, State of Hawaiʻi,
Respondents-Appellants.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1PA221000044)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Wadsworth, Presiding Judge, Nakasone and Chan, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal Pursuant to Hawaii Rules of Appellate Procedure [(HRAP)] Rule 42(a), filed February 1, 2023, by Petitioner-Appellee DK, the papers in support, and the record, it appears that the appeal has been docketed and the filing fees have been paid or waived, the parties stipulate to dismiss the appeal, the stipulation is dated and signed by counsel for all parties appearing in the appeal, and dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, February 24, 2023.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge